# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

        Plaintiff,


v.                        **ORDER**
                              Criminal File No. 98-222 (3) (MJD)

ROBERT R. LOHR,

        Defendant.

_____

Michael L. Cheever, Assistant United States Attorney, Counsel for Plaintiff.

Defendant, *Pro Se*.

_____

        This matter is before the Court on Defendant's Request for a Furlough.

The government does not oppose the request.

        Based upon the files, records, and proceedings herein, **IT IS HEREBY**

**ORDERED** that:

        Defendant's Request for Furlough is **GRANTED** as follows:

        1.      Defendant is temporarily released from detention from 12:00 noon on June 26, 2010 to 12:00 noon on June 30, 2010, for the purpose of visiting with his mother who is dying of cancer.

2.      While on furlough, Defendant shall reside with a family
        member.

3.      The Defendant is responsible for his own transportation from
        and to the Federal Prison Camp in Duluth, MN.


Dated:  June 25, 2010                    s/ Michael J. Davis
                                         Michael J. Davis
                                         Chief Judge
                                         United States District Court